IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES MARTIN, ) | FILED: MAY 15, 2008 |
| ) | 08CV2842           LI |
| Plaintiff, ) | JUDGE   LEFKOW |
| ) | MAGISTRATE   JUDGE DENLOW |
| v. ) | Case No. _____ |
| ) | |
| UNITED PARCEL SERVICE, INC., et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441, and 1446, Defendant United Parcel Service, Inc. ("UPS") hereby removes the subject action from the Circuit Court of Cook County, Illinois in the County of Cook, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, on the following grounds:

1. Plaintiff Charles Martin ("Martin") filed a Complaint in the Circuit Court of Cook County in the County of Cook, Illinois on March 21, 2008. (Copy attached hereto as Exhibit A). Martin served UPS with a copy of his Complaint via U.S. Mail on April 16, 2008.

2. Martin alleges in his Complaint that he would like his complaint to proceed through the National Labor Relations Board ("NLRB"). By requesting to proceed through the NLRB, the agency responsible for administering the National Labor Relations Act, 29 U.S.C. § 151, et seq., Martin's claims present a federal question squarely on the face of his Complaint.

3. UPS is entitled to remove this suit because it is an action arising under the laws of the United States in which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. § 1331.

4. Removal to this Court is proper because the Northern District of Illinois, Eastern Division, embraces the County of Cook, where this action was filed.

5. A copy of this Notice of Removal was filed with the Circuit Court of Cook County in the County of Cook, Illinois and served on Martin contemporaneous with its filing with this Court. (Notice attached hereto as Exhibit B).

WHEREFORE, Defendant United Parcel Service, Inc., removes the subject action from the Circuit Court of Cook County in the County of Cook, Illinois to this United States District Court.

Dated: May 15, 2008

Respectfully submitted,

*Ellen M. Girard* (signature)

Ellen M. Girard

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Sepideh Esmaili, ARDC #6292779
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
JK2@quarles.com
sesmaili@quarles.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, herby certifies that she caused a copy of the foregoing NOTICE OF REMOVAL to be served upon:

>Charles Martin
>768 W. Jackson Blvd.
>Chicago, Illinois 60661

by U.S. Mail this 15th day of May 2008.

_/s/ Emthraid_

```
08CV2842          LI
JUDGE   LEFKOW
MAGISTRATE  JUDGE DENLOW
```

# EXHIBIT A

| | | |
|---|---|---|
| ed | 2121 - Served | |
| erved | 2221 - Not Served | |
| d By Mail | 2321 - Served By Mail | |
| erved By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

CHARLES MARTIN
GEORGE VELA          v.   UNITED PARCEL
SERVICE                    1400 S.
ROOSEVELT JEFFERSON
400 JEFFERSON
1400 JEFFERSON          APR 1 6 2008   SUMMONS

No. 2008L003208
CALENDAR/ROOM X
TIME 00:00
PI Stat Misc Action
000096-1.6.1 03/24/08 13:47
REF CASE   # 08L 003208
REF SHERIFF # 031001
CASE TOTAL       0.00 %
TOTAL            0.00 TL
FEE WAIVED       0.00
CASHIER GINNY

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie            ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood
  5600 Old Orchard Rd.             2121 Euclid                          1500 Maybrook Ave.
  Skokie, IL 60077                 Rolling Meadows, IL 60008            Maywood, IL 60153

☐ District 5 - Bridgeview        ☐ District 6 - Markham              ☐ Child Support
  10220 S. 76th Ave.               16501 S. Kedzie Pkwy.                28 North Clark St., Room 200
  Bridgeview, IL 60455             Markham, IL 60426                    Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, MAR 2 1 2008

Atty. No.: _____
Name: CHARLES MARTIN
Atty. for: _____
Address: 768 JACKSON
City/State/Zip: CHICAGO, 60661 IL
Telephone: 1-773-5010 712

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: 15 ___ 08
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
                                              (Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

CHARLES MARTIN
GEORGE VELA UNITEDPARCEL
SERVICE v. 1400 S.
ROOSEVELT + JEFFERSON
400 JEFFERSON
1400 JEFFERSON

2008L003208
CALENDAR/ROOM X
TIME 00:00
PI Stat Misc Action

No. _____

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602
- ☐ District 2 - Skokie, 5600 Old Orchard Rd., Skokie, IL 60077
- ☐ District 3 - Rolling Meadows, 2121 Euclid, Rolling Meadows, IL 60008
- ☐ District 4 - Maywood, 1500 Maybrook Ave., Maywood, IL 60153
- ☐ District 5 - Bridgeview, 10220 S. 76th Ave., Bridgeview, IL 60455
- ☐ District 6 - Markham, 16501 S. Kedzie Pkwy., Markham, IL 60426
- ☐ Child Support, 28 North Clark St., Room 200, Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

MAR 21 2008

Atty. No.: _____
Name: CHARLES MARTIN + BM
Atty. for: _____
Address: 765 JACKSON
City/State/Zip: CHICAGO - 60601 IL
Telephone: 1-773-501-0712
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____
DOROTHY BROWN
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CHARLES MARTIN
PLAINTIFF
V.S

DEFENDANT
MARK BRUNNETTI
LYNN BRUNNETTI
MICHELLE BUNNETTI
TIM BRUNNETTI
GEORGE VELA
ASTORIA PL'S
JOSUS FRANK JASSO
JOSE VASQUEZ
LUIS VASQUEZ

FIRST FI
O° h 3208

COVER PAGE    P.I. Stat Misc. Action

COMPLAINT

08 L 3208

REVIEW
FACT PAGE

1. REVIEW NUMBER 1 SEEKING THROUGH PROFIT-SHARING OF ONE OR TWO YEARS OF PROFIT-SHARING UNKNOWN.

✓ a. BOB BRUNETTI   ✓ d. MARK BRUNETTI
(312) 243-3483   ✓ e. LYNN BRUNETTI
✓ b. JIM BRUNETTI
(312) 243-3483
✓ c. MIKE BRUNETTI
(312) 243-3483

IN QUESTION, DID HE OR DID HE NOT, PUT HAIR IN FOOD (LUNCH) IN QUESTION OF LEAVING THE JOB SITE WHICH IS THOSE BOB? IN QUESTION AS WHY DID I LEAVE JOB SITE. ANSWER, I COULD NOT ANSWER, YOUR SON PUT HAIR IN MY FOOD (LUNCH) WHICH PART UNKNOWN.

— WOULD LIKE THIS TO GO THROUGH NATIONAL LABOR RELATIONS BOARD AFTER CONFIRMATION THROUGH THE COURT.

✓ JOSE VASQUEZ, JASUS, FRANK SASSO, ✓ LUIS VASQUEZ, AMANDO VASQUEZ, ✓ ALBERTO VASQUEZ, COSMOS (UNKNOWN LAST NAME) TITLE ✓ IS FOREMAN OF THE PLANT, (GEORGE) (UNKNOWN LAST NAME)

STATEMENT FOR ISSUES OF COMPLAINT

FOR FIVE YEARS OF CONTINUOUS EMPLOYMENT, MAY 2002 TO THE PRESENT, VARIOUS CONDITIONS OF ABUSE AS TO OCCUPATIONAL HAZARDS AND OVER EXPOSURE CAUSED HARM TO MY PHYSICAL AND MENTAL WELL-BEING. THESE CONDITIONS EXISTED CONTINUOUSLY DURING TENURE AT:

AVENUE METAL COMPANY
1640 OGDEN AVENUE
CHICAGO, ILLINOIS

THESE CONDITIONS ARE:

1. THEFT OF PRIVATE GROIN
2. INFLUENCE OF THEM AND THOSE OF CUSTOMERS:
    a. UNITED PARCEL SERVICE
    b. FEDERAL EXPRESS SERVICE
    c. KGF STORAGE AND DELIVERY SERVICE
    d. UNITED STATES POSTAL SERVICE
    e. AND VARIOUS OTHER COMPANIES
    f. HARVARD LAW SCHOOL OF HARVARD UNIVERSITY
    g. CHICAGO POLICE DEPARTMENT
    h. ILLINOIS STATE POLICE
    i. UNION SHOP AND THEIR INSURANCE PERSONALLY AND PROFESSIONALLY

- 3 -

PASTORA PLIS, NICOLE (UNKNOWN LAST NAME) - SECRETARY IN THE OFFICE, ANDY ANDERSON, THOSE OF OTHERS TEMPORARILY EMPLOYED FROM 2003 TO PRESENT AND OTHER CLIENTS HAVE STOLEN MY PRIVATE GROIN CONSTANTLY IN THE COURSE OF EACH EIGHT (8) HOUR WORKING DAY, ALSO UNITED PARCEL SERVICE (UPS) EMPLOYEE NAMELY "GEORGE" (UNKNOWN LAST NAME) - ON DATE 10-10-07 @ 11:17 AM. JERRY WHITE AT 1652 W. OGDEN AND RICHARD (UNKNOWN LAST NAME) PROPERTY OWNER ASKING ALSO FOR COURT'S HELP SEEKING THOSE OF LICENSE PLATES THAT I HAVE, ALSO RESIDENTIAL ADDRESS OF AFOREMENTIONED INDIVIDUALS IN TOTAL.

FEDERAL EXPRESS DELIVERY TRUCK # 1009767

330,000,000,000 - REAL AND PUNTATIVE DAMAGES ALSO TIME FOR EACH OFFENSE (ACCOUNT)

GEORGE VELA                    NICOLE PASKE
UNITED PARCEL SERVICE          1640 W. OGDEN
FACILITY AT JEFFERSON & ROOSEVELT CHICAGO, I.L. 60612
CHICAGO, IL.
1400 JEFFERSON AVE             MICHELLE BRUNETTI
CHICAGO                        (MIKE BRUNETTI'S WIFE)

-4-

UNKNOWN FIRSTNAME
~~GEORGE~~ RODRIQUEZ BROTHER OF PASTORA PLUS

CHARLES MARTIN
768 W. JACKSON
60606 01
1-773-5010712

*Charles Martin*

# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHARLES MARTIN,                )<br>                                                )<br>       Plaintiff,                        )<br>                                                )<br>v.                                            )    Case No. 08 L 03208<br>                                                )<br>UNITED PARCEL SERVICE, INC., et al.,  )<br>                                                )<br>       Defendant.                     )  | |

### NOTICE OF REMOVAL

Please take notice that on this date Defendant United Parcel Service, Inc. filed in the United States District Court for the Northern District of Illinois, Eastern Division, a Notice of Removal of the above-entitled action to the United States District Court. Attached as Exhibit 1 is a copy of the Notice of Removal filed with the District Court.

DATE: May 15, 2008                                             United Parcel Service, Inc.

                                                                          _____
                                                                          One of Its Attorneys

John A. Klages
Ellen M. Girard
Sepideh Esmaili
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
Email: sesmaili@quarles.com

QBACTIVE\920018.01202\6214138.1                    1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, herby certifies that she caused a copy of the foregoing NOTICE OF REMOVAL to be served upon:

> Charles Martin
> 768 W. Jackson Blvd.
> Chicago, Illinois 60661

by U.S. Mail this 15th day of May 2008.