UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case No. | FILED: MAY 15, 2008<br>08CV2842 LI<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |
|---|---|---|
| CHARLES MARTIN<br>v.<br>UNITED PARCEL SERVICE, INC. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| SIGNATURE | |
|---|---|
| /s/ Ellen M. Girard | |
| **FIRM** | |
| **Quarles & Brady LLP** | |
| STREET ADDRESS | |
| **500 West Madison Street, Suite 3700** | |
| CITY/STATE/ZIP | |
| **Chicago, IL 60661** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06276507 | TELEPHONE NUMBER<br>312.715.5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

QBACTIVE\920018.01202\6240684.1