IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2842 |
| | ) | |
| v. | ) | Judge Joan Lefkow |
| | ) | |
| UNITED PARCEL SERVICE, INC., et al. | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Charles Martin
      768 W. Jackson Blvd.
      Chicago, Illinois 60661

PLEASE TAKE NOTICE that on Thursday, May 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Lefkow, in Courtroom 1925, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's Motion To Dismiss Complaint and Memorandum in Support, copies of which is hereby served on you.


Dated:  May 22, 2008                          UNITED PARCEL SERVICE, INC.


                                              By: /s/ Sepideh Esmaili
                                                   One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Sepideh Esmaili, ARDC #6292779
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312)  715 – 5000
Jk2@quarles.com
egirard@quarles.com
sesmaili@quarles.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 22, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also certifies that she served a true and correct copy of the foregoing document upon:

>Charles Martin
>768 W. Jackson Blvd.
>Chicago, Illinois 60661

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on May 22, 2008.

>/s/ Sepideh Esmaili